United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN D. WILBUR,

    Plaintiff,

v.

CITY OF SAN LEANDRO, et al.,

    Defendant.
                               /

Nos. C 05-05403 SI, C 03-05368 SI

**ORDER VACATING DISCOVERY DEADLINES**

In light of defendants' motion for leave to file a third-party complaint, the Court hereby VACATES all current discovery deadlines. New discovery deadlines will be discussed at the case management conference, currently scheduled for November 17, 2006.

**IT IS SO ORDERED.**

Dated: October 23, 2006

SUSAN ILLSTON
United States District Judge