IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILBUR,

       Plaintiff,

  v.

CITY OF SAN LEANDRO ET AL,

       Defendant.

No. C 03-05368 SI

**ORDER OF DISMISSAL UPON SETTLEMENT**

      The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

      IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

Dated: 4/2/07

                                                       SUSAN ILLSTON
                                                       United States District Judge